Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Pa__

_____ Division

Case No. __1:19cv543__
(to be filled in by the Clerk's Office)

__Zakiyyia Bundy__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Superintendent Smith et al__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

FILED
SCRANTON
MAR 28 2019
Per _____
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Zakiyyia Bundy
   All other names by which you have been known: N/A
   ID Number: OZ6258
   Current Institution: SCI-Muncy
   Address: 6454 Route 405 P.O. Box 180
   Muncy, Pa 17756
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Superintendent Robert Smith
   Job or Title (if known): Former Supt 2018
   Shield Number:
   Employer: Pa Department of Corrections
   Address: 6454 Route 405 P.O. Box 180
   Muncy, Pa 17736
   City / State / Zip Code
   [ ] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Superintendent Wendy Nicholas
   Job or Title (if known): Superintendent SCI-Muncy 2-2018
   Shield Number:
   Employer: 6454 Route 405 P.O. Box 180 Pa Dept. of Corrections
   Address: 6454 Route 405 P.O. Box 180
   Muncy, Pa 17756
   City / State / Zip Code
   [ ] Individual capacity   [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Deputy Nicole McKee
Job or Title *(if known)*: Deputy of Centralized Services
Shield Number:
Employer: Pa Dept. of Corrections
Address: 6454 Route 405 P.O. Box 180
Muncy    Pa    17756
City    State    Zip Code

[ ] Individual capacity    [X] Official capacity

Defendant No. 4
Name: Lesley Blair-Morrison
Job or Title *(if known)*: Corrections Health Care Administrator
Shield Number:
Employer: Pa Dept of Corrections
Address: 6454 Route 405 P.O. Box 180
Muncy    Pa    17756
City    State    Zip Code

[X] Individual capacity    [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant 5
NAME  Doctor Cynthia Freeland
Title  Former Medical Director
Shield No n/a
Employer  Correct Care Solutions
Address  6454 Route 405 P.O. Box 180
          Muncy, Pa 17756                    Sued in official and individual capacities

Defendant 6  Doctor Jaques LeClerc
Title  Regional Medical Director
Shield n/a
Employer  Correct Care Solutions/Wellpath
Address 6454 Route 405 P.O. Box 180
          Muncy, Pa 17756                    Sued in Official and individual capacities

Defendant 7
Name  Doctor Rebecca Burdette
Title General Medical Doctor
Shield  n/a
Employer  Correct Care Solutions/Wellpath
Address 6454 Route 405 P.O. Box 180
          Muncy, Pa 17756                    Sued in official and individual capacities

Defendant 8
Name  Diamond Pharmacy
Title Contracted via Medical Provider
Shield  n/a
Employer  Correct Care Solutions/Wellpath
Address  645 Kolter Drive
          Indiana, Pa 15701-3570             Sued in official and individual capacities

Defendant 9
Name Deputy William Frantz
Title Deputy of Facility Mgmt (Security)
Shield  N/A
Employer PA DOC / SCI-Muncy
6454 Route 405 P.O. Box 180
Muncy Pa 17756

Defendant 10
Name Deputy Nicole McKee
Title Deputy of Centralized Services (Medical)
Shield N/A
Employer PA DOC / SCI-Muncy
6454 Route 405 P.O. Box 180
Muncy, Pa 17756

Defendant 11
Name Judith Rowe
Title RN Supervisor
Shield N/A
Employer PA DOC / SCI-Muncy
6454 Route 405 P.O. Box 180
Muncy, Pa 17756

Defendant 12 Bureau of Health Care Services
Title ~~Chief of Grievances~~ Medical
Shield N/A
Address 1920 Technology Pkwy
Mechanicsburg, Pa 17050

2(A) of →

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

By violating 1st, 8th, 14th amendments to serious medical need, deliberately indifferent, state created danger theory, Cosmetic Act.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* Max out April 24-2019

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

At home - Rheumatologist

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

June 21, 2017

C. What date and approximate time did the events giving rise to your claim(s) occur?

Upon reception June 21, 2017, griev. for all

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Denied adequate medical care, deliberate indifference to serious medical need, denied recommendations of Rheumatologist Dr. DeNeio, Security denied medically necessary clothing (thermals moisture wicking) thinsulate/gortex gloves, special waterproof insulated footwear. O'Donnell v Rowe 1:16-cv-01149 has some of same condition. Supt Smith, Supt Nicholas, Dep. W. Frantz, Deputy N. McKee, Diamond Pharmacy et al.. Kelley O'Donnell, subpoena for commissary gloves, uniform, winter coat, state thermals, footwear.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Chronic pain, flare ups, scars from ulcers (feet, hands, mouth) crushing medications Title II violations ADA, 1st, 8th, 14 amendment vio, state created danger theory.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. $600 a day from date of reception, failure to treat, then treat in part. wanton infliction of pain. Attorney fees, costs, experts, punitive, declaratory compensatory and/or whatever a jury deems appropriate.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

@ George W. Hill, SCI- Muncy

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   SCI-Muncy / George W. Hill (didn't know proceedure) went to sick call

2. What did you claim in your grievance?

   8th-14th amend. later learned Title II ADA, state created danger

3. What was the result, if any?

   denied

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   All. Denied

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

N/A

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Still fail to follow Recommendations of outside / GMC DeNeio Rheum.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

**VIII.   Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☐ No    N/A
   If no, give the approximate date of disposition.    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes     N/A
☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?
   ☐ Yes    N/A
   ☐ No

   If no, give the approximate date of disposition _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-23-19

Signature of Plaintiff: Zakiyyia Bundy
Printed Name of Plaintiff: Zakiyyia Bundy
Prison Identification #: #0Z6258
Prison Address: 6454 Route 405 P.O. Box 180
Muncy, PA 17756
   City / State / Zip Code

B. **For Attorneys** April 24, 2019 Max will notify court

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

   City / State / Zip Code

Telephone Number
E-mail Address

Smart Communications/PADOC
SCI-Muncy
Zakiyyia Bundy  OZ6258
P.O. Box 33028
St. Petersburg FL 33733

United S
Attn: P
P.O. Box
Scranton